IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BARRERO, | No. C-06-5829 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| BEN CURRY, Warden, | |
| Defendant. | (Doc. #26) |

Plaintiff, a prisoner at the Correctional Training Facility ("CTF") in Soledad, California, has filed a pro se civil rights First Amended Complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated by a series of "race based" lock-downs at CTF. Doc. #23. Specifically, Plaintiff alleges that he has been classified as a "Southern Mexican" by the California Department of Corrections and Rehabilitation ("CDCR")and that CTF engaged in "race based" lock-downs "between August 2005 and August 2006" and "presently continue to do so." Id. at 3. On April 24, 2009, the Court found that, liberally construed, Plaintiff's allegations appeared to state a cognizable § 1983 claim and ordered

the United States Marshal to serve Defendant CTF Warden Ben Curry. Doc. #24.

On July 20 2009, Defendant moved to dismiss on the ground that Plaintiff failed to exhaust administrative remedies prior to filing the action, as mandated by the Prison Litigation Reform Act. Doc. #26; see 42 U.S.C. § 1997e(a).  In response, on August 19, 2009, Plaintiff filed a letter in which he states he no longer wishes to prosecute the action.  Doc. #29.

For the following reasons, and for good cause shown, the action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED   08/25/09                      _____
                                       THELTON E. HENDERSON
                                       United States District Judge

G:\PRO-SE\TEH\CR.06\Barrero-06-5829.order of dismissal.wpd

**2**